MD: 2019R00453

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR-19-0318 |
| | * | |
| ROBERT ANDERSON | * | (Conspiracy to Distribute a |
| a.k.a. "ROCK," | * | Controlled Substance, 21 U.S.C. |
| DARYL BURKE, | * | § 846; Possession of a Firearm in |
| BRANDON CRAWFORD, | * | Relation to a Drug Trafficking |
| a.k.a. "GOAT," | * | Crime, 18 U.S.C. § 924(c); Possession |
| LINWOOD DAVIS, | * | with Intent to Distribute a Controlled |
| MARCUS HALL, | * | Substance, 21 U.S.C. § 841; |
| a.k.a. "PILL," | * | Possession of a Firearm by a |
| ANTONIO JOHNSON, | * | Prohibited Person, 18 U.S.C. |
| a.k.a. "SOSA," | * | § 922(g)(1); Drug Paraphernalia, 21 |
| a.k.a. "TONY," | * | U.S.C. § 863; and Forfeiture, 21 |
| CHRISTOPHER JONES, | * | U.S.C. § 853, 18 U.S.C. § 924(d)) |
| DANIEL JONES, | * | |
| ROBERT JONES | * | |
| HAYWARD LEWIS | * | |
| a.k.a. "JUNEBUG," | * | |
| MOSES LEWIS, | * | |
| a.k.a. "MOE," | * | |
| RONALD MCCORMICK, | * | |
| a.k.a. "BUNK," | * | |
| a.k.a. "SLEEZY," | * | |
| DONALD MCNEILL, | * | |
| MICHAEL MERCER, | * | |
| JAMES MURRAY, | * | |
| a.k.a. "CRAZY JAMES," | * | |
| JERMAINE PORTER, | * | |
| a.k.a. "PISTOL," | * | |
| IVAN POTTS, | * | |
| a.k.a. "SPOTTIE," | * | |
| SEAN WESTON, | * | |
| DONTE WHITE, | * | |
| MICHAEL WILLIAMS, | * | |
| a.k.a. "MEGA," | * | |
| MICHAEL WILLIAMS, | * | |
| a.k.a. "MIKEY," | * | |

******

**Defendants**

## SUPERSEDING INDICTMENT

### COUNT ONE
### Conspiracy to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than 2018 through the filing of this Indictment, in the District of Maryland, and elsewhere, the defendants:

ROBERT ANDERSON
a.k.a. "ROCK,"
DARYL BURKE,
BRANDON CRAWFORD
a.k.a. "GOAT,"
LINWOOD DAVIS,
MARCUS HALL,
a.k.a. "PILL,"
~~LEWIS~~ LEWIS HAYWARD,
a.k.a. "JUNEBUG,"
ANTONIO JOHNSON,
a.k.a. "SOSA,"
a.k.a. "TONY,"
DANIEL JONES,
ROBERT JONES
MOSES LEWIS,
a.k.a. "MOE,"
RONALD MCCORMICK,
a.k.a. "SLEEZY,"
DONALD MCNEILL,
MICHAEL MERCER,
JAMES MURRAY,
a.k.a. "CRAZY JAMES,"
JERMAINE PORTER,
a.k.a. "PISTOL,"
IVAN POTTS,
a.k.a. "SPOTTIE,"
SEAN WESTON,
DONTE WHITE,
MICHAEL WILLIAMS,
a.k.a. "MEGA,"
MICHAEL WILLIAMS,
a.k.a. "MIKEY,"

did knowingly combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about December 11, 2018, in the District of Maryland, the defendant,

### JERMAINE PORTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Glock 19 9mm pistol bearing serial number BFEV503, and did so knowingly.

18 U.S.C. § 922(g)(1)

## COUNT THREE
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about February 27, 2019 in the District of Maryland, the defendant,

### DONALD MCNEILL,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(l).

21 U.S.C. § 841(a)(1)

## COUNT FOUR
### Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland further charges that:

On or about February 27, 2019, in the District of Maryland, the defendants,

**MOSES LEWIS,
a.k.a. "MOE,"
DONALD MCNEILL,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one SCCY CPX1 pistol bearing serial number 494495, one P38 pistol bearing serial number 7482, and did so knowingly.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## COUNT FIVE
**Possession of a Firearm in Relation to a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about February 27, 2019, in the District of Maryland, the defendants,

**MOSES LEWIS,
a.k.a. "MOE,"
DONALD MCNEILL,**

did knowingly possess a firearm in relation to a drug trafficking crime, to wit, Conspiracy to Distribute Controlled Substances as set forth in Count One of the Indictment, and Possession with Intent to Distribute a Controlled Substance, as set forth in Count Three of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SIX
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about March 8, 2019, in the District of Maryland, the defendant,

### DONTE WHITE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Ruger P89 9mm pistol bearing serial number 312-30166, and did so knowingly.

18 U.S.C. § 922(g)(1)

## COUNT SEVEN
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland charges that:

On or about March 21, 2019 in the District of Maryland, the defendants,

**LINWOOD DAVIS,**
**CHRISTOPHER JONES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Remington Arms .380 caliber semi-auto handgun, model RM38, bearing serial number RM024700C; one H&R .22 caliber revolver, model 929, bearing serial number AN35744; one Taurus .40 caliber semi-automatic handgun, model PT 24/7 Pro, bearing serial number SBM51971; and one Sig Sauer 9mm semi-automatic handgun, model P250, bearing serial number EAK093284, and did so knowingly.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## COUNT EIGHT
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

### MICHAEL MERCER,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(l).

21 U.S.C. § 841(a)(1)

## COUNT NINE
### Possession of a Firearm in Relation to a Drug Trafficking Crime

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

### MICHAEL MERCER,

did knowingly possess a firearm in relation to a drug trafficking crime, to wit, Conspiracy to Distribute Controlled Substances as set forth in Count One of the Indictment, and Possession with Intent to Distribute a Controlled Substance, as set forth in Count Eight of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A)

## **COUNT TEN**
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

### **MICHAEL MERCER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Ruger 9E pistol bearing serial number 9EA1, and did so knowingly.

18 U.S.C. § 922(g)(1)

## **COUNT ELEVEN**
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2019 in the District of Maryland, the defendant,

### **ROBERT JONES,**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(l).

21 U.S.C. § 841(a)(1)

## COUNT TWELVE
**Possession of a Firearm in Relation to a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2019, in the District of Maryland, the defendant,

### ROBERT JONES,

did knowingly possess a firearm, to wit, one Springfield Armory XP 5-9 pistol bearing serial number X5911154, and one Smith & Wesson SW SW40VE pistol bearing serial number DUM2802, in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, as set forth in Count Eleven of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A)

## COUNT THIRTEEN
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2019, in the District of Maryland, the defendant,

### ROBERT JONES,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Springfield Armory XP 5-9 pistol bearing serial number X5911154, one Smith & Wesson SW SW40VE pistol bearing serial number DUM2802, and did so knowingly.

18 U.S.C. § 922(g)(1)

Case 1:19-cr-00318-GLR   Document 90   Filed 07/25/19   Page 16 of 19

## COUNT FOURTEEN
**Drug Paraphernalia**

The Grand Jury for the District of Maryland further charges that:

From a time unknown to the Grand Jury, but no later than 2018 and continuing through the filing of this Indictment, in the District of Maryland, and elsewhere, the defendant:

**SEAN WESTON,**

did knowingly sell and offer to sell drug paraphernalia.

21 U.S.C. § 863(a)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.  Pursuant to Rule 32.2, Fed. R. Crim. P., and Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants:

> ROBERT ANDERSON
> a.k.a. "ROCK,"
> BRANDON CRAWFORD,
> DARYL BURKE,
> LINWOOD DAVIS,
> MARCUS HALL,
> a.k.a. "PILL,"
> a.k.a. "JUNEBUG,"
> ANTONIO JOHNSON,
> a.k.a. "SOSA,"
> a.k.a. "TONY,"
> CHRISTOPHER JONES,
> DANIEL JONES,
> ROBERT JONES,
> HAYWARD LEWIS,
> MOSES LEWIS,
> a.k.a. "MOE,"
> RONALD MCCORMICK,
> a.k.a. "SLEEZY,"
> DONALD MCNEILL,
> MICHAEL MERCER,
> JAMES MURRAY,
> a.k.a. "CRAZY JAMES,"
> JERMAINE PORTER,
> a.k.a. "PISTOL,"
> IVAN POTTS,
> a.k.a. "SPOTTIE,"
> DONTE WHITE,
> MICHAEL WILLIAMS,
> a.k.a. "MEGA,"
> MICHAEL WILLIAMS,
> a.k.a. "MIKEY,"

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

2. If any of the property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

3. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants, that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the offense alleged in Counts Two, Three, Four, Five, Six, Seven, Nine, Twelve, and Thirteen of the Indictment, the defendants,

                **LINWOOD DAVIS,**
                **CHRISTOPHER JONES,**
                **ROBERT JONES,**
                **MOSES LEWIS,**
                **a.k.a. "MOE,"**
                **DONALD MCNEILL,**
                **MICHAEL MERCER,**
                **JAMES MURRAY,**
                **JERMAINE PORTER,**
                **a.k.a. "PISTOL,"**
                **DONTE WHITE,**

shall forfeit to the United States the firearm involved in the commission of the offense, one

Glock 19 9mm pistol bearing serial number BFEV50, 3one Ruger P89 9mm pistol bearing serial number 312-30166, one Springfield Armory XP 5-9 pistol bearing serial number X5911154, one Smith & Wesson SW SW40VE pistol bearing serial number DUM2802, one Remington Arms .380 caliber semi-auto handgun, model RM38, bearing serial number RM024700C, one H&R .22 caliber revolver, model 929, bearing serial number AN35744, one Taurus .40 caliber semi-automatic handgun, model PT 24/7 Pro, bearing serial number SBM51971, one Sig Sauer 9mm semi-automatic handgun, model P250, bearing serial number EAK093284, SCCY CPX1 pistol bearing serial number 494495, one P38 pistol bearing serial number 7482and ammunition.

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461

_____
ROBERT K. HUR
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**         7/25/19
_____     _____
Foreperson                    Date